JUDGE KATHLEEN CARDONE

Attachment 2 - EEOC Complaint Form

RECEIVED

APR 25 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El Paso DIVISION

Sara Esther Sosa
(Name of plaintiff or plaintiffs)

Civil Action Number: EP25CV0147
(Supplied by Clerk's Office)

v.

MVM - Travel health care

(Name of defendant or defendants)

## COMPLAINT

1. This action is brought by Sara Ether Sosa, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[ X ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant ______(Defendant's name) lives at, or its business is located at ______ (street address), ______(city), ______ (state), ______(zip).

WORK ORDER # 55544

On September 2024 I clock-in at 7 AM
my Co-worker Partner name Michael Marquez
We flight on Southwest Airline 10.45am
Michael sat on the back and I myself
sat on Front, Every thing went well
We arrived on September 22 at Sunday
11.45 am finishing our WORK ORDER.

On September 23 2024 at 5:30 pm
Mr Damir Somic (Orr Transport El Paso
Site Supervisor) call
that Mr. Michael Marquez did a insteaded
report, but not mention nothing about the
insteaded that someone was go to reache
out to me and on Tuesday but neve did
until Sept 27, 2024 around 10:14am
Miss Maria Sanchez (HR Business Partner
from San Juan Puerto Rico) Ask
me if I touch Michael Marquez,
I said NO
If I ask him for dinner
I said NO

Ask me if I ask him to sit next to him

I said no. that was it Mrs. Sanchez just mention she was reach out to later and was going to give me an answer, ON Oct 16 2024 I went to the MVM office at 3:00 AM. No explanication, and Mr. Ramir said they were going to terminate me

Mrs. Sanchez said that I did have to do about why, but that I was just terminated

I was also discriminated, because I dress very un professional, because my nails were red on year 2023

The MVM Company give us classes and assignments to how to dress and say the length of the nails not the colors to were.

P.S. I did turn to Human Resource with Mrs. Pat Rivera but send her an E-mail never got her Response back to be, also I call they said I was not allow to enter the office

3a. Plaintiff sought employment from the defendant or was employed by the defendant at 8375 Burnham Dr. El Paso TX (street address), (city), El Paso TX (state), TX 79907 (zip).

3b. At all relevant times of claim of discrimination, Defendant employed ________ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had ______ (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about September (month) 22, 2024 (day) ___ (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: End on Oct 16, 2024.

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about ________ (month) Nov (day) 22, 2024 (year). (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) March (day) 7 2025 (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:** **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ ] Yes
[✓] No

**VERY IMPORTANT NOTE:** **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7. Because of plaintiff's:

**(Please select the applicable allegation(s))**

[ ] Race (If applicable, state race) ________________

[ ] Color (If applicable, state color) ________________

[ X ] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[ ] Religion (If applicable, state religion) ______________________

[ ] National Origin (If applicable, state national origin) ______________

[ ] Age (If applicable, state date of birth) ______________________

[ ] Disability (If applicable, state disability) ____________________

[ ] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) ______________

The defendant: **(please select all that apply)**

[ ] failed to employ plaintiff.

[ ] terminated plaintiff's employment.

[ ] failed to promote plaintiff.

[ ] harassed plaintiff.

[ ] other (specify) ______________________________

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:** **INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, AND ANY SPECIFIC COMMENTS MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.**

______________________________________________

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

______________________________________________

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

[X] still being committed by defendant.
[ ] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[ ] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[ ] Defendant be directed to ______________________
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

4-24-25
Date

Sara Ether Sosa
Signature of Plaintiff

8539 LEE Starling Dr.
Address of Plaintiff

El Paso TX 79907
City State Zip Code

Telephone Number(s) (915) 478-4946

# EEOC SUIT CHECKLIST

The following items are essential for processing your case. Please use this checklist to make sure you have included all necessary items which are applicable to your claim.

[ ] Did you fill out the complaint form **legibly and completely**?

[ ] Did you attach one copy of the Right to Sue Letter from the E.E.O.C. and the envelope in which it was received to your complaint? (Not applicable to ADEA and EPA claims or federal civil service employees).

[ ] If a determination was made by the E.E.O.C. in your case, did you attach one copy of that determination to your complaint?

[ ] Did you attempt to contact any attorneys? Did you utilize the reference lists provided at the end of the complaint package in your attempt to retain an attorney?

[ ] If you are not being represented by an attorney and want to be represented by a court appointed attorney, did you complete the Request for Appointment of Counsel form?

[ ] Did you complete the Application to Proceed In Forma Pauperis Form? (Applicable to those who wish to have appointed counsel and/or those who wish to represent themselves but cannot afford filing and service of process fees).

[ ] Did you complete the USM-285 and summons forms for each defendant? (These forms are for service of process).

[ ] Did you file with the court the original and one copy of the above forms which are applicable to your case?

[ ] Did you provide corresponding additional copies of your complaint and right to sue letter for each of the defendants you are suing? (Copies are needed for service of process).

[ ] Did you pay the required filing fee? (Not applicable to those applying to proceed in forma pauperis). **Note:** The court may either grant or deny the Application to Proceed In Forma Pauperis. If the court denies the application, you must pay the filing fee and the service of process costs or your complaint will not proceed through the court.

It is very important that you print legibly throughout these forms so that the judge reviewing your case can read your claim and make proper decisions concerning your claim. If writing space is insufficient for complete answers on any question, you may attach additional pages.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

El Paso Area Office
100 N. Stanton Street, Suite 600
El Paso, TX 79901
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/12/2025

**To:** Ms. Sara E. Sosa
8539 Lee Starling Dr
El Paso, TX 79907

Charge No: 453-2025-00390

EEOC Representative and email: Susana Nahas
EEO Federal Investigator
susana.nahas@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC is closing this charge because the facts alleged in the charge fail to state a claim under any of the laws enforced by EEOC.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 453-2025-00390.

On behalf of the Commission,

Digitally Signed By:Elizabeth Porras
03/12/2025

Elizabeth Porras
Area Office Director

**Cc:**
Sharon Brown
MVM Inc
hrsupport@mvminc.com

6460 HILLER ST STE D
EL PASO, TX 79925

Please retain this notice for your records.

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 453-2025-00390 to the

District Director at Travis Nicholson, 207 S. Houston Street 3rd Floor, Dallas, TX 75202.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 453-2025-00390 to the District Director at Travis Nicholson, 207 S. Houston Street 3rd Floor, Dallas, TX 75202.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
| --- | --- |
| EEOC<br>Texas Workforce Commission Civil Rights Division | 453-2025-00390 |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Ms. Sara E. Sosa

Phone No.: 915-468-4946

Year of Birth: 1966

Mailing Address: 8539 Lee Starling Dr
EL PASO, TX 79907

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: MVM INC.
No. Employees, Members: 101 - 200 Employees
Phone No.: (571) 223-4500
Mailing Address: 6460 HILLER ST STE D
EL PASO, TX 79925, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 09/20/2024
Latest: 10/16/2024

THE PARTICULARS ARE:

PERSONAL HARM:

I.On or around July 2022, I was hired by Respondent as a Child and Youth Care Worker, job I performed successfully until my termination.

II.On or about September 23, 2024, I was called by Demir Somic-Site Supervisor who informed me I was being suspended until further notice due to an incident report.

III.On or about September 27, 2024, I was called by Maria Sanchez from Respondent's HR business partner who informed that an incident report had been filed by Michael Marquez coworker who falsely accused me of inappropriate behavior during an assignment. Mr. Marquez and I had worked on three previous assignments without issue and would have minimal and only work-related contact.

IV.On or about October 16, 2024, three weeks later I was terminated without any information provided.

RESPONDENT'S REASONS FOR ADVERSE ACTION:

I was accused of inappropriate behavior by a male coworker. I believe this to be pretext. The complete accusation, suspension and termination were based on false statements that were fabricated to harm my reputation and livelihood.

DISCRIMINATION STATEMENT:

I believe I have been discriminated against in the manner described above due to my Gender-female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Ms. Sara E. Sosa
03/10/2025

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

______________________________

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary______________________________

Printed Name ______________________________

## CP ENCLOSURE WITH EEOC FORM 5 (06/24)

### PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).
2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.
3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.
4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.
5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.